IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL M. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARTIN O'MALLEY, Commissioner | : | |
| of Social Security | : | NO.  23-2825 |

**O R D E R**

AND NOW, this 13th day of May 2024, upon consideration of Plaintiff's brief

(Doc. 13), Defendant's Uncontested Motion to Remand (Doc. 14), and the administrative

record (Doc. 7), IT IS HEREBY ORDERED that the Motion for Remand is GRANTED,

and the case is REMANDED for further proceedings.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).  The

Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Elizabeth T. Hey

_____

ELIZABETH T. HEY, U.S.M.J.